HONORABLE STANLEY A. BASTIAN

Timothy D. Anderson
HAMES, ANDERSON, WHITLOW & O'LEARY
601 W. Kennewick Avenue
Kennewick, WA 99336
Telephone: (509) 586-7797

R. Bruce Johnston
JOHNSTON LAWYERS, P.S.
2701 First Avenue, Ste. 340
Seattle, WA 98109
Telephone: (206) 866-3230

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# RICHLAND DIVISION

| | |
|---|---|
| **POCO, LLC,** | **CASE NO. 4:14-cv-05106-EFS** |
| **Plaintiff,** | |
| vs. | **JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |
| **FARMERS CROP INSURANCE ALLIANCE, INC.,** | |
| **Defendant.** | 10/28/2015<br>Without Oral Argument |

Plaintiff POCO, LLC and Defendant Farmers Crop Insurance Alliance, Inc. jointly respectfully request that the Court extend the deadline to file dispositive motions two weeks, currently set for October 30, 2015, to November 13, 2015.

The requested extension will not affect other deadlines within the current Scheduling Order (ECF No. 16) or the January 13, 2016 date that the parties have

discussed with chambers for oral argument for dispositive motions.  The parties respectfully request that the court expedite the hearing of this motion for the reasons included in the accompanying Motion to Expedite.

Respectfully submitted,

/s/ R. Bruce Johnston
R. Bruce Johnston, WSBA #45356
Emanuel F. Jacobowitz. WSBA # 39991
Nathan J. Arnold, WSBA # 45356
Johnston Lawyers, PS
2701 First Avenue, Ste 34
Seattle, WA 98121
Bruce@RBruceJohnston.com
*Attorney for Plaintiff POCO, LLC*

/s/ Timothy D. Anderson
Timothy D. Anderson
Washington Bar No. 12571
601 W. Kennewick Avenue
Kennewick, WA 99336
Telephone: (509) 586-7797
Email:  tima@hawlaw.com


*Admitted Pro Hac Vice:*

/s/Thomas C. James, Jr.
M. Bradford Sanders, Esq. (OH Bar No. 0039723)
Thomas C. James, Jr., Esq. (OH Bar No. 0073531)
SANDERS & ASSOCIATES, LPA
5240 Socialville Foster Rd.
Mason, OH 45040
Phone:  (513) 229-8080

| | |
|---|---|
| 1 | |
| 2 | Fax: (513) 229-8081 |
| 3 | BradSanders@SandersLPA.com |
|   | TomJames@SandersLPA.com |
|   | *Attorney for Defendant Farmers Crop* |
| 4 | |
| 5 | |

(Lines 1–25 numbered down the left margin.)

Fax: (513) 229-8081
BradSanders@SandersLPA.com
TomJames@SandersLPA.com
*Attorney for Defendant Farmers Crop*