AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

POCO, LLC

_____
*Plaintiff*
v.
FARMERS CROP INSURANCE ALLIANCE, INC.

_____
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.   4:14-CV-05106-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant's Motion for Summary Judgment is GRANTED. Defendant's Motion for Summary Judgment as to Breach of
Contract and Unfair and Deceptive Practices Act Claims is GRANTED. Defendant's Motion for Summary Judgment as
to Material Misrepresentation is GRANTED.  Plaintiff's Motion for Partial Summary Judgment is DENIED.  Judgment is
entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:  March 25, 2016

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Cheryl Cambensy
_____
*(By) Deputy Clerk*

Cheryl Cambensy
_____