# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

POCO LLC

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 22, 2018**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Farmers Crop Insurance Alliance Inc | ) |
| | ) |

Civil Action No.   4:14-cv-05106-SAB

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Defendant's Motion to Proceed With Consideration of Application for Attorneys' Fees, ECF No. 82, GRANTED in part.

Judgment is entered in favor of Defendant in the amount of $102,845.00 for reasonable attorneys' fees and costs;
$9,170.00 for local attorneys' fees; and $4,430.83 for necessary expenses.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Stanley A. Bastian _____ .

Date:   5/22/18 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Shelly Koegler _____

*(By) Deputy Clerk*

Shelly Koegler _____